# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| **SHAUN MICHAEL STEVENS** | Case Number: CR02-4001-001-MWB |
| | USM Number: 02380-029 |
| | **Robert Tiefenthaler** |
| | Defendant's Attorney |

**THE DEFENDANT:**

■ admitted guilt to violation of condition(s) **Special Condition #3 & Modified Condition** of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special Condition #3 | Found in possession of alcohol. | 04/20/06 |
| Modified Condition | Failed to complete 180 days CCC placement ordered 12/04/05. | 04/20/06 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

A copy of this document has been mailed/faxed to all counsel of record, pro se parties and others listed and not shown as having been served electronically under the cm/ecf system:
s/src - 5/5/06 - cert copies to USM - USP - AUSA - CR Financial

May 1, 2006
Date of Imposition of Judgment

*/s/ Mark W. Bennett/*
Signature of Judge

Mark W. Bennett, Chief U. S. District Court Judge
Name and Title of Judge

5/5/06
Date

DEFENDANT: **SHAWN MICHAEL STEVENS**
CASE NUMBER: **CR00-4001-001-MWB**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **three (3) months.**

The court orders the defendant remain in the custody of the United States Marshal until such time a bed has been secured at a community corrections facility.

☐ The court makes the following recommendations to the Bureau of Prisons:

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

                                             UNITED STATES MARSHAL

                              By _____
                                           DEPUTY UNITED STATES MARSHAL